**1469 KINES ET AL. vs. TOWNSHIP BOARD AND TOWNSHIP TREASURER (Wheeler), No. 131141½.**

To compel the payment over of a certain sum deposited with the township treasurer to await the result of proceedings to enjoin the collection of a drain tax, after decree in favor of relators, where a motion had been made to set aside said decree.

Ordered that the money be paid into court to await the result of the motion to vacate decree, November 15, 1892, with costs.

**1470 BYLES vs. TOWNSHIP OF GOLDEN, 52 M., 612.**

Mandamus is not the proper remedy for compelling a township to refund the amount of a tax unlawfully levied if there is any issue involved which should go to a jury.

**1471 SPAULDING vs. BLACK (Controller, Detroit), No. 13262.**

To compel issuance of warrant for the payment of a certain judgment against the city.

Order to show cause issued January 3, 1893.

Case afterwards settled.

**1472 GRECE vs. RUSH (Controller), No. 11990.**

To compel respondent to pay over moneys upon a judgment rendered in behalf of Mary Reynolds against the city of Detroit, under a power of attorney.

Denied May 19, 1891, with costs.

Respondent declined payment because of the revocation of the power of attorney.